JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ROBERTSON,<br>        Petitioner,<br>    v.<br>PEOPLE OF CALIFORNIA,<br>        Respondent. | Case No. ED CV 16-0325 PSG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust.

DATED: 2/26/16

                            HON. PHILIP S. GUTIERREZ
                          UNITED STATES DISTRICT JUDGE